# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | 1:15-cr-00121-WSD |
| CECIL K. CLARK, | |
| Defendant. | |

## OPINION AND ORDER

This matter is before the Court on the Government's Motion to Reduce Sentence for Substantial Assistance under Fed. R. Crim. P. 35(b)(2) [28] ("Motion to Reduce Sentence").

## I.   BACKGROUND

On May 26, 2015, Defendant Cecil K. Clark ("Defendant") pled guilty pursuant to a plea agreement to Count 1, Conspiracy to Commit Bribery, in violation of 18 U.S.C. § 371, to a criminal information.  On September 30, 2015, Defendant was sentenced to seventeen (17) months imprisonment with three (3) years of supervised release.

Defendant's plea agreement contained a cooperation provision.  Consistent with it, Defendant cooperated with the Government in the investigation and prosecution of Anthony Lepore, John Rife, and Brian Domalik in criminal action

United States v. Lepore et al., 1:15-cr-00367-WSD, NDGa.  The Government recommends a "4-month reduction pursuant to Rule 35(b)(2) . . . [which], if granted, would result in a custodial sentence of 13 months."  ([28] at 2).  Defendant has not responded to the Government's Motion to Reduce Sentence.

## II.     DISCUSSION

In evaluating the Government's Motion for Reduction of Sentence under Rule 35(b) based on Defendant's substantial assistance, the Court considers U.S.S.G. § 5K1.1, which provides:

> (a) The appropriate reduction shall be determined by the court for reasons stated that may include, but are not limited to, consideration of the following:
>
> (1) the court's evaluation of the significance and usefulness of the defendant's assistance, taking into consideration the government's evaluation of the assistance rendered;
>
> (2) the truthfulness, completeness, and reliability of any information or testimony provided by the defendant;
>
> (3) the nature and extent of the defendant's assistance;
>
> (4) any injury suffered, or any danger or risk of injury to the defendant or his family resulting from his assistance; and
>
> (5) the timeliness of the defendant's assistance.

U.S.S.G. § 5K1.1; see also United States v. Livsay, 525 F.3d 1081, 1091-1092 (11th Cir. 2008); United States v. Luiz, 102 F.3d 466, 469 (11th Cir. 1996).

Applying these criteria and considering the representations made by the Government in its motion, the Court concludes that a sentence reduction is appropriate. The Government's Motion for Sentence Reduction is granted and Defendant's sentence shall be reduced by four (4) months.

## III. CONCLUSION

For the foregoing reasons,

**IT IS HEREBY ORDERED** that the Government's Motion to Reduce Sentence for Substantial Assistance under Fed. R. Crim. P. 35(b)(2) [28] is **GRANTED**. Defendant Cecil K. Clark's term of incarceration is hereby reduced by four (4) months, resulting in a custodial sentence of thirteen (13) months. All other aspects of Defendant's sentence remain the same.

**IT IS FURTHER ORDERED** that the Clerk of Court serve a copy of this Order upon Defendant, defense counsel, the Probation Officer, the United States Attorney, and the United States Marshal Service.

**SO ORDERED** this 7th day of November, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE